CLERK'S OFFICE U.S. DIST COURT
AT ROANOKE, VA
FILED

NOV 17 2009

JOHN F. CORCORAN, CLERK
BY: _____
DEPUTY CLERK

# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF VIRGINIA
### ROANOKE DIVISION

| | |
|---|---|
| RHONDA L. GRAHAM, | ) |
| | ) |
| **Plaintiff** | ) |
| | ) |
| v. | ) Civil Action No. 7:06cv475 |
| | ) |
| JO ANNE B BARNHART, | ) |
| COMMISSIONER OF SOCIAL SECURITY, | ) |
| | ) |
| **Defendant** | ) |

## ORDER

This matter is before the court on the motion filed by plaintiff for an award of Fees and Expenses under the Equal Access to Justice Act.

Accordingly, it is **ORDERED** that defendant file any opposition to plaintiff's petition for attorney's fees and costs within 30 days of the date of this order.

The clerk is directed to send a copy of this Order to counsel of record.

Entered this 16th day of _November_, 2009.

_____
Michael F. Urbanski
United States Magistrate Judge