CLERK'S OFFICE U.S. DIST COURT
AT ROANOKE, VA
FILED

DEC 16 2009

JOHN F. CORCORAN, CLERK
BY:
       DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | |
|---|---|
| RHONDA GRAHAM, | ) |
| Plaintiff, | ) |
| v. | ) Civil Action No. 7:06-cv-00475 |
| MICHAEL J. ASTRUE,<br>Commissioner of<br>Social Security | ) |
| Defendant. | ) |

## ORDER

On motion of the Plaintiff for attorney's fees pursuant to § 206(b)(1) of the Social Security Act, 42 U.S.C. § 406(b)(1), and there being no objection by counsel for the Defendant, it is hereby

## ORDERED

that the Defendant shall pay to Plaintiff's counsel, Gary C. Hancock, Esquire, the sum of Six Thousand Three Hundred Sixty-One Dollars and Seventy-Five Cents ($6,361.75), in attorney's fees being withheld from Plaintiff's past-due benefits for court related services.

ENTERED this 15th day of December, 2009.

_____
UNITED STATES MAGISTRATE JUDGE